**UNIVERSAL METAL MACHINE WORKS, INC., Plaintiff-Appellee,**

**v.**

**TEXAS COASTAL & INTERNATIONAL, INC., Defendant,**

**Tom R. SWANTNER, Defendant-Appellant,**

**v.**

**The VESSEL MUSTANG ISLAND, its Tackle, Furniture, Engines, Equipment, etc., Defendant.**

**No. 30417.**

United States Court of Appeals, Fifth Circuit.

March 25, 1971.

---

\* Rule 18, 5th Cir.; see Isbell Enterprises v. Citizens Casualty Co. of N.Y., 431 F. 2d 409, Part I (5th Cir. 1970).

1. *See* NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

Bob J. Spann, McDonald, Spann & Smith, Corpus Christi, Tex., for defendant-appellant.

Mandell & Wright, Houston, Tex., for plaintiff-appellee; Arthur J. Mandell, Houston, Tex., of counsel.

Before WISDOM, Circuit Judge, DAVIS*, Court of Claims Judge, and GOLDBERG, Circuit Judge.

PER CURIAM:

Affirmed. See Local Rule 21.[1]